Curtis J. Busby (SBN 019415)
Joshua Zimmerman (SBN 025876)
**BOWMAN AND BROOKE LLP**
Suite 1600, Phoenix Plaza
2901 North Central Avenue
Phoenix, Arizona 85012-2736
Telephone: (602) 643-2300
Curtis.Busby@bowmanandbrooke.com
Joshua.Zimmerman@bowmanandbrooke.com

Attorneys for Defendant BMW of North America, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Farmers Insurance Exchange; Harshad Thakkar and Trupti Thakkar, husband and wife, | Case No. |
| Plaintiffs, | **BMW OF NORTH AMERICA, LLC'S NOTICE OF REMOVAL** |
| vs. | |
| BMW of North America, LLC; Black and White Corporations and Partnerships I-X, inclusive, | |
| Defendants. | |

Pursuant to 28 U.S.C. §§ 1332(a) and 1441, Defendant BMW of North America, LLC ("BMW NA") submits this timely filed Notice of Removal and, in support thereof, respectfully states as follows:

## BACKGROUND AND PROCEDURAL HISTORY

1.    On April 20, 2021, plaintiffs filed this action in the Arizona State Superior Court in and for the County of Maricopa case number CV2021-051306. Plaintiffs' Complaint names BMW NA as the sole defendant.

2.    Plaintiffs have not named any other defendants, therefore, BMW NA does not need to seek the consent of any other defendants in order to remove this action. *See* 28 U.S.C. § 1446(b)(2)(A) (requiring consent to removal of all other properly joined and served defendants when a civil action is removed solely under section 1441(a)).

1

3.     A copy of this notice of removal has been filed with the clerk of the state court from which the action has been removed.

4.     This Notice of Removal is accompanied by a copy of the state court docket sheet and true and complete copies of all pleadings and other documents filed in the state court proceeding, attached as Exhibit A.

5.     As explained below, this Court has diversity jurisdiction over this matter and, thus, removal to this Court is proper.

**PARTIES**

6.     Plaintiffs Harshad Thakkar and Trupti Thakkar are citizens of Arizona.  Ex. A, Compl.

7.     Plaintiff Farmers Insurance Exchange has its principal place of business in California, and is therefore a California citizen for the purposes of diversity jurisdiction. *Hertz Corp. v. Friend*, 559 U.S. 77 (2010).

8.     BMW NA is a Delaware corporation with its principle place of business in New Jersey.  Therefore, BMW NA is a citizen of both Delaware and New Jersey. *Id*.; *see also* 28 U.S.C. § 1332(c)(1).

**BASES FOR REMOVAL JURISDICTION**

9.     Removal is proper in the instant case because this Court has original jurisdiction of this action under 28 U.S.C. § 1332(a) based on diversity of citizenship; this action is between citizens of different states (Arizona, California, Delaware and New Jersey) and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. Therefore, removal is proper under 28 U.S.C. § 1441(a).

10.     The diversity of citizenship requirement under 28 U.S.C. § 1332(a) is met.

11.     Plaintiffs Harshad Thakkar and Trupti Thakkar are individuals and are both citizens of Arizona. *See* Ex. A, Compl. ¶ 4.

12.     For removal purposes, a corporation is "deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business." 28 U.S.C. § 1332(c)(1).

2

13.     Farmers Insurance Exchange is a nationally registered insurance exchange with its principle place of business in California.   Therefore, Farmers Insurance Exchange is a California citizen.

14.     BMW NA is a citizen of Delaware and New Jersey within the meaning of 28 U.S.C. § 1332 and is not a citizen of Arizona or California.

15.     There are no other named defendants in this action. *See generally* Ex. A, Compl.

16.     There is complete diversity of citizenship in this case.

17.     Further, Removal is proper under 28 U.S.C. § 1332(a) as the amount in controversy exceeds $75,000, exclusive of interests and costs. *See* 28 U.S.C. § 1332.

18.     Plaintiffs Harshad Thakkar and Trupti Thakkar allege to have purchased a BMW brand vehicle that had been previously sold by BMW NA, and which plaintiffs' further assert "proximately caused [a] fire" and caused damages that "exceed[] $500,000." Ex. A, Compl. ¶ 16.

WHEREFORE, the case now pending in the Superior Court in and for the County of Maricopa, Case No. CV2021-051306, is hereby removed to the United States District Court for the District of Arizona pursuant to 28 U.S.C. §§ 1332(a) and 1441.

DATED this 21st day of May, 2021.

BOWMAN AND BROOKE LLP


By: s/ Joshua Zimmerman
　　　Curtis J. Busby
　　　Joshua Zimmerman
　　　Attorneys for Defendant BMW of North
　　　America, LLC

24367728v1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 21, 2021, I electronically transmitted the foregoing **BMW OF NORTH AMERICA, LLC'S NOTICE OF REMOVAL** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants, and mailed a copy via First-Class Mail, postage prepaid, to the following:

John W. Storer, III
SWENSON, STORER, ANDREWS & FRAZELLE, P.C.
7310 North 16th Street, Suite 320
Phoenix, AZ 85020-5276
jstorer@swensonlaw.com
Attorney for Plaintiff Farmers Insurance Exchange

Jeffrey L. Smith
John C. Quinn
SANDERS & PARKS, P.C.
3030 North Third Street, Suite 1300
Phoenix, AZ 85012-3099
jeffrey.smith@sandersparks.com
john.quinn@sandersparks.com
Attorneys for Plaintiffs Harshad and Trupti Thakkar

s/Jeannette Felix

24367728v1

## DECLARATION OF JOSHUA ZIMMERMAN

I, Joshua Zimmerman, declare as follows:

1.     I am an attorney duly licensed to practice before the United States District Court for the District of Arizona and am an associate with the law firm of Bowman and Brooke LLP, attorneys of record for Defendant BMW of North America, LLC. ("BMW NA").

2.     I make this declaration in support of BMW NA's Notice of Removal and to authenticate the exhibit submitted in support thereof.  I have personal knowledge of the facts set forth below and if called as a witness, could and would competently testify to the matters stated herein.

3.     Attached as Exhibit A are true and correct copies of all pleadings filed in this matter in the state court to date as well as a copy of the state court docket provided on the court's website.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 21st day of May, 2021 at Phoenix, Arizona.

/s/Joshua Zimmerman
Joshua Zimmerman

24367728v1

# EXHIBIT A



Select Language   ▼

Powered by Google Translate

# Civil Court Case Information – Case History

## Case Information

| | | | |
|---|---|---|---|
| Case Number: | CV2021-051306 | Judge: | Agne, Sara |
| File Date: | 4/20/2021 | Location: | Northeast |
| Case Type: | Civil | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Farmers Insurance Exchange | Plaintiff | | John Storer |
| Harshad Thakkar | Plaintiff | Male | Jeffrey Smith |
| Trupti Thakkar | Plaintiff | Female | Jeffrey Smith |
| Bmw Of North America L L C | Defendant | | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 4/23/2021 | AFS - Affidavit Of Service | 4/28/2021 | |

**NOTE:** BMW OF NORTH AMERICA L L C

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 4/20/2021 | COM - Complaint | 4/20/2021 | |

**NOTE:** Plaintiffs' Complaint

| | | | |
|---|---|---|---|
| 4/20/2021 | CSH - Coversheet | 4/20/2021 | |

**NOTE:** Civil Cover Sheet

| | | | |
|---|---|---|---|
| 4/20/2021 | CCN - Cert Arbitration - Not Subject | 4/20/2021 | |

**NOTE:** Certificate Of Compulsory Arbitration - Is Not Subject To

| | | | |
|---|---|---|---|
| 4/20/2021 | SUM - Summons | 4/20/2021 | |

**NOTE:** Summons

## Case Calendar

**There are no calendar events on file**

## Judgments

**There are no judgments on file**

Clerk of the Superior Court
*** Electronically Filed ***
L. Overton, Deputy
4/20/2021 3:08:12 PM
Filing ID 12797803

Person/Attorney Filing: John W Storer III
Mailing Address: 7310 N. 16th Street Suite 320
City, State, Zip Code: Phoenix, AZ 85020
Phone Number: (602)776-5690
E-Mail Address: jstorer@swensonlaw.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 010478, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Farmers Insurance Exchange, et al.
Plaintiff(s),
v.
BMW of North America, LLC
Defendant(s).

Case No.  **CV2021-051306**

**SUMMONS**

To: BMW of North America, LLC

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
    served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an
    Answer in writing with the Court, and you must pay the required filing fee. To file your
    Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson,
    Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's
    approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
    of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents
    in this case.

3.  If this Summons and the other court papers were served on you within the State of
    Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
    date of service, not counting the day of service. If this Summons and the other court papers
    were served on you outside the State of Arizona, your Answer must be filed within
    THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
    service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *April 20, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *LAMAAR OVERTON*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
L. Overton, Deputy
4/20/2021 3:08:12 PM
Filing ID 12797800

1  John W. Storer, III – SBN 010478
2  **SWENSON, STORER, ANDREWS**
   **& FRAZELLE, P.C.**
3  7310 North 16th Street, Suite 320
   Phoenix, AZ  85020-5276
4  Telephone: (602) 274-4778/Fax: (602) 274-5911
5  jstorer@swensonlaw.com
   Attorneys for Plaintiff Farmers
6  Insurance Exchange

7  Jeffrey L. Smith – SBN 023470
   John C. Quinn – SBN 032231
8  **SANDERS & PARKS, P.C.**
9  3030 North Third Street, Suite 1300
   Phoenix, AZ  85012-3099
10 jeffrey.smith@sandersparks.com
   Telephone: (602) 532-5686/Fax: (602) 230-5032
11 john.quinn@sandersparks.com
   Telephone: (602) 532-5631/Fax: (602) 230-5031
12 Firm E-mail:  minutes@sandersparks.com
13 Attorneys for Plaintiffs Harshad
   and Trupti Thakkar
14

15        IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

16             IN AND FOR THE COUNTY OF MARICOPA

17

18 FARMERS INSURANCE EXCHANGE;      )   No.   CV2021-051306
   HARSHAD THAKKAR and TRUPTI       )
19 THAKKAR, husband and wife,       )
                                    )
20        Plaintiffs,               )   **PLAINTIFFS' COMPLAINT**
                                    )   **Tort Non-Motor Vehicle Negligence;**
21 v.                               )   **Product Liability; Consumer Fraud;**
                                    )   **Breach Of Warranty**
22                                  )
   BMW OF NORTH AMERICA, LLC;       )
23 BLACK and WHITE CORPORATIONS     )
   and PARTNERSHIPS I-X, inclusive, )
24                                  )
                                    )
25        Defendants.               )
                                    )
26 _____)

Plaintiffs Farmers Insurance Exchange ("FIE") and Harshad Thakkar and Trupti Thakkar, husband and wife (collectively "Thakkars"), through counsel undersigned, for their Complaint and causes of action, allege as follows:

## JURISDICTION

1.      At all times referenced herein, FIE's insureds, the Thakkars, were residents of Maricopa County, Arizona.

2.      At all times referenced herein, FIE was a reciprocal insurance exchange with members in Arizona, and was licensed to do business in Maricopa County, Arizona.

3.      Defendant BMW of North America LLC ("BMW") is a limited liability company, which designed, manufactured, and distributed electric motor vehicles, specifically a 2019 BMW model I3, VIN# WBY8P2C50K7E76178, ("Vehicle") which BMW placed in the stream of commerce intending for the products to be sold and used in Arizona, including Maricopa County, Arizona.

4.      BLACK & WHITE CORPORATIONS and PARTNERHSHIPS I-X are fictitious names for entities, which may have been involved in the design, manufacture and distribution of the Vehicle.  In the event the true names of said entities are disclosed during the course of discovery, the Complaint will be amended accordingly.

5.      The amount at issue exceeds the Court's minimum jurisdiction; jurisdiction and venue are appropriate.

. . .

. . .

## COMMON ALLEGATIONS/BACKGROUND

6.      Upon information and belief, electric vehicles manufactured by BMW include defects of which BMW is well aware.

7.      Specifically, the electrical conductors and battery packs contained in the vehicles are subject to arcing sufficient to cause catastrophic fires.

8.      The electrical conductors and battery packs are known to fail even when the vehicle is "Off" and not connected to a charger.

9.      Upon information and belief, BMW has collected and maintained information regarding fires caused by the defects outlined above, and for a period of time has had actual knowledge of the hazards associated with the defects.

10.     BMW has recalled its electric vehicles on a number of occasions due to electrical problems with the conductors and battery packs, but has failed to recall all of the defective vehicles in use.

11.     At all relevant times, the Thakkars owned the Vehicle.

12.     Unbeknownst to the Thakkars, the Vehicle contained a defective electrical system including the aforementioned conductors and the battery pack.

13.     On December 15, 2019, the Vehicle, which was not "On" or connected to a charger, caught fire in the Thakkars' garage.  The fire completely consumed the Vehicle, consumed another vehicle parked in the garage, and caused damage to the Thakkars' home.

14.     The fire was caused by the aforementioned defects in the Vehicle.

3

15.     BMW was provided timely notice of the fire and its potential responsibility for the fire, and sent representatives to participate in the fire investigation.

16.     The full damage and loss proximately caused by the fire exceeds $500,000.00.

17.     FIE has compensated the Thakkars for certain items of damage and loss insured by FIE and has the right to seek recovery for those damages through equitable, contractual, or legal assignment.

18.     The Thakkars have suffered damage and losses above and beyond the amounts paid by FIE, and have the right to seek recovery for those damages.

## COUNT I – STRICT LIABILITY

19.     Plaintiffs incorporate all other allegations contained in this Complaint.

20.     The subject Vehicle was defective and unreasonably dangerous when BMW placed it into the stream of commerce.

21.     The defects proximately caused the fire and resulting damages.

## COUNT II – NEGLIGENCE

22.     Plaintiffs incorporate all other allegations contained in this Complaint.

23.     At all times BMW had a duty to exercise reasonable care with respect to placing products in the stream of commerce.

24.     BMW owed its duty to foreseeable consumers of BMW products, including the Thakkars.

25.     Without limitation, BMW breached its duty to the Thakkars by unreasonably designing and/or manufacturing a defective and dangerous product, by placing such a product on the market, by deceptive marketing of the product, and by failing to warn consumers of the dangers associated with its product.

26.     BMW's failure to act reasonably was a direct and proximate cause of the fire and resulting damages.

## COUNT III – CONSUMER FRAUD

27.     Plaintiffs incorporate all other allegations contained in this Complaint.

28.     Pursuant to A.R.S. § 44-1522 and similar or related statutes, it is unlawful to conceal or omit material information intending for a consumer to rely on the misinformation.

29.     At all relevant times BMW was aware of certain defects in its electric vehicles and concealed the defects with the intent for consumers—such as the Thakkars—to assume falsely that the vehicles were safe.

30.     Although the Thakkars' reliance on the misinformation is not an element of consumer fraud, the Thakkars in fact did rely on the assumption that BMW had not concealed hidden dangers of which BMW was aware.

31.     Plaintiffs were damaged by BMW's concealment of the defects that caused the fire.

. . .

. . .

## COUNT IV – BREACH OF WARRANTY

32.    Plaintiffs incorporate all other allegations in this Complaint.

33.    At the time the Vehicle was sold, BMW provided various express and implied warranties to the Thakkars.

34.    BMW breached these warranties by providing a vehicle containing the aforementioned defects, which caused a fire resulting in damages.

35.    Part of the damages referenced herein were caused by BMW's breach of said warranties.

## CASE TIER

36.    Based on the amount in controversy and case characteristics set forth in ARCP 26.2(b)(3), this is a Tier 3 case.

WHEREFORE, Plaintiffs request:

A.    An award of compensatory damages against Defendant in an amount to be determined at trial;

B.    Pre-judgment interest;

C.    Costs incurred; and

D.    For such other and further relief as the Court finds appropriate.

. . .

. . .

. . .

6

**DATED** this 20th day of April, 2021.

SWENSON, STORER, ANDREWS
& FRAZELLE, P.C.


By: /s/ John W. Storer, III
        John W. Storer, III
        7310 North 16th Street, Suite 320
        Phoenix, AZ  85020-5276
        Attorneys for Plaintiff Farmers
        Insurance Exchange

SANDERS & PARKS, P.C.


By: /s/ Jeffrey L. Smith
        Jeffrey L. Smith
        John C. Quinn
        3030 North Third Street, Suite 1300
        Phoenix, AZ  85012-3099
        Attorneys for Plaintiffs
        Harshad and Trupti Thakkar

**ORIGINAL electronically filed**
with the Clerk of the Maricopa
County Superior Court this 20th
day of April, 2021.


By:  /s/ Sharon Storer

Clerk of the Superior Court
*** Electronically Filed ***
L. Overton, Deputy
4/20/2021 3:08:12 PM
Filing ID 12797801

## In the Superior Court of the State of Arizona
## In and For the County of Maricopa

**Plaintiff's Attorneys:**
John W Storer III - Primary Attorney
Bar Number: 010478, issuing State: AZ
Law Firm: Swenson Storer Andrews & Frazelle PC
7310 N. 16th Street Suite 320
Phoenix, AZ 85020
Telephone Number: (602)776-5690
Email address: jstorer@swensonlaw.com

Jeffrey L. Smith
Bar Number: 023470, issuing State: AZ
Law Firm: Sanders & Parks, P.C.
Telephone Number: (602)532-5686

**Plaintiffs:**
Farmers Insurance Exchange
7310 N. 16th Street Suite 320
Phoenix, AZ 85020
Telephone Number: (602)274-4778X5690
Email address: jstorer@swensonlaw.com

Harshad Thakkar
3030 North Third Street Suite 1300
Phoenix, AZ 85012
Telephone Number: (602)532-5686
Email address: jeffrey.smith@sanderssparks.com

Trupti Thakkar
3030 North Third Street Suite 1300
Phoenix, AZ 85012
Telephone Number: (602)532-5686
Email address: jeffrey.smith@sanderssparks.com

**Defendant:**
BMW of North America, LLC

CV2021-051306

AZturboCourt.gov Form Set #5633342

300 Chestnut Ridge Road
Woodcliff Lake, NJ 07677

Discovery Tier t3

Case Category: Tort Non-Motor Vehicle
Case Subcategory: Product Liability - Toxic/Other

Clerk of the Superior Court
*** Electronically Filed ***
L. Overton, Deputy
4/20/2021 3:08:12 PM
Filing ID 12797802

Person/Attorney Filing: John W Storer III
Mailing Address: 7310 N. 16th Street Suite 320
City, State, Zip Code: Phoenix, AZ 85020
Phone Number: (602)776-5690
E-Mail Address: jstorer@swensonlaw.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 010478, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

Farmers Insurance Exchange, et al.
Plaintiff(s),
v.
BMW of North America, LLC
Defendant(s).

Case No. **CV2021-051306**

**CERTIFICATE OF
COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the
Local Rules of Practice for the Maricopa County Superior Court, and I further certify that
this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of
the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By: John W Storer III /s/
Plaintiff/Attorney for Plaintiff

**Integrity Attorney Services**
**P.O. Box 33123**
**Phoenix, Arizona 85067-3123**

| IAS#:  SS 21042201 | 91045-ds |
|---|---|
| Atty#: 5536-78 | |



CLERK OF THE
SUPERIOR COURT
FILED
H. GEARHART, DEP

2021 APR 23  PM 3: 37

## IN THE SUPERIOR COURT OF THE STATE OF
## ARIZONA IN AND FOR THE COUNTY OF MARICOPA

FARMERS INSURANCE EXCHANGE, et al.,
      Plaintiff(s),

vs.

BMW OF NORTH AMERICA, LLC, et al.,
      Defendant(s).

Case No: CV2021-051306

AFFIDAVIT OF
SERVICE OF PROCESS

RYAN SOTELO, being duly sworn, states: That I am qualified to serve process in this cause, having been so appointed by the court in Maricopa County, Arizona. I received the following documents in this action:

SUMMONS; COMPLAINT; CERTIFICATE OF COMPULSORY ARBITRATION;

From SWENSON, STORER, ANDREWS & FRAZELLE, P.C., John W. Storer, III, SBN 010478 on 4/21/2021, and in each instance I, personally, served a copy of each document listed above on those named below at the time and place shown, that all services, except where noted, were made within Maricopa County, Arizona.

Upon BMW OF NORTH AMERICA, LLC, by service upon its Statutory Agent, CT CORPORATION SYSTEM,  at 3800 N. Central Ave, Ste. 460, Phoenix, Arizona 85012, on 4/22/2021 at 11:09 AM, by leaving one set of the above listed documents with Maria Martinez, Clerk, who is authorized to accept.

                                /s/ Ryan Sotelo, MC-8550

SUBSCRIBED AND SWORN to me this 22nd day of April, 2021.

Notary public:         Gail R. Dammann
My commission expires:   August 24, 2022

GAIL R. DAMMANN
Notary Public, State of Arizona
Maricopa County
Commission # 549353
My Commission Expires
August 24, 2022

| $16.00 | Service(s) |
|---|---|
| $17.50 | Mileage  (min)RS |
| $2.50 | Copies (10) |
| $9.00 | Preparation of Affidavit/Notary |
| $ 45.00 | Total |

1   Curtis J. Busby (SBN 019415)
    Joshua Zimmerman (SBN 025876)
2   **BOWMAN AND BROOKE LLP**
    Suite 1600, Phoenix Plaza
3   2901 North Central Avenue
    Phoenix, Arizona  85012-2736
4   Telephone: (602) 643-2300
    Curtis.Busby@bowmanandbrooke.com
5   Joshua.Zimmerman@bowmanandbrooke.com

6   Attorneys for Defendant BMW of North America, LLC

7

8                **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

9                **IN AND FOR THE COUNTY OF MARICOPA**

10  FARMERS INSURANCE EXCHANGE;          Case No. CV2021-051306
    HARSHAD THAKKAR and TRUPTI
11  THAKKAR, husband and wife,

12          Plaintiffs,                   **BMW OF NORTH AMERICA, LLC'S
                                          NOTICE OF REMOVAL TO
13  vs.                                   FEDERAL COURT**

14  BMW OF NORTH AMERICA, LLC;
    BLACK and WHITE CORPORATIONS and      (Assigned to Honorable Sara Agne)
15  PARTNERSHIPS I-X, inclusive,

16          Defendants.

17

18          PLEASE TAKE NOTICE that Defendant BMW of North America, LLC has filed a

19  Notice of Removal in the Office of the Clerk of the United States District Court for the

20  District of Arizona.  A copy of the Notice (without exhibits) is attached hereto as Exhibit A.

21          DATED this 21st day of May, 2021.

22                                        BOWMAN AND BROOKE LLP

23

24                                        By: /s/ Joshua Zimmerman
                                             Custis J. Busby
25                                           Joshua Zimmerman
                                             Attorneys for Defendant BMW of North
26                                           America, LLC

27  ///

28  ///

                                          1

The foregoing document was electronically filed
this 21st day of May, 2021, with:

https://turbocourt.com

**COPY** of the forgoing **emailed** and **mailed**
this 21st day of May, 2021, to:

John W. Storer, III
SWENSON, STORER, ANDREWS & FRAZELLE, P.C.
7310 North 16th Street, Suite 320
Phoenix, AZ 85020-5276
jstorer@swensonlaw.com
Attorney for Plaintiff Farmers Insurance Exchange

Jeffrey L. Smith
John C. Quinn
SANDERS & PARKS, P.C.
3030 North Third Street, Suite 1300
Phoenix, AZ 85012-3099
jeffrey.smith@sandersparks.com
john.quinn@sandersparks.com
Attorneys for Plaintiffs Harshad and Trupti Thakkar


/s/Jeannette Felix_____

2

# EXHIBIT A

1  Curtis J. Busby (SBN 019415)
   Joshua Zimmerman (SBN 025876)
2  **BOWMAN AND BROOKE LLP**
   Suite 1600, Phoenix Plaza
3  2901 North Central Avenue
   Phoenix, Arizona 85012-2736
4  Telephone: (602) 643-2300
   Curtis.Busby@bowmanandbrooke.com
5  Joshua.Zimmerman@bowmanandbrooke.com

6  Attorneys for Defendant BMW of North America, LLC

7

8              **UNITED STATES DISTRICT COURT**

9                  **DISTRICT OF ARIZONA**

10 Farmers Insurance Exchange; Harshad        Case No.
   Thakkar and Trupti Thakkar, husband and
11 wife,
                                              **BMW OF NORTH AMERICA, LLC'S**
12              Plaintiffs,                   **NOTICE OF REMOVAL**

13 vs.

14 BMW of North America, LLC; Black and
   White Corporations and Partnerships I-X,
15 inclusive,

16              Defendants.

17

18        Pursuant to 28 U.S.C. §§ 1332(a) and 1441, Defendant BMW of North America, LLC

19 ("BMW NA") submits this timely filed Notice of Removal and, in support thereof,

20 respectfully states as follows:

21              **BACKGROUND AND PROCEDURAL HISTORY**

22        1.     On April 20, 2021, plaintiffs filed this action in the Arizona State Superior

23 Court in and for the County of Maricopa case number CV2021-051306. Plaintiffs'

24 Complaint names BMW NA as the sole defendant.

25        2.     Plaintiffs have not named any other defendants, therefore, BMW NA does not

26 need to seek the consent of any other defendants in order to remove this action. *See* 28

27 U.S.C. § 1446(b)(2)(A) (requiring consent to removal of all other properly joined and served

28 defendants when a civil action is removed solely under section 1441(a)).

                              1

3.      A copy of this notice of removal has been filed with the clerk of the state court from which the action has been removed.

4.      This Notice of Removal is accompanied by a copy of the state court docket sheet and true and complete copies of all pleadings and other documents filed in the state court proceeding, attached as Exhibit A.

5.      As explained below, this Court has diversity jurisdiction over this matter and, thus, removal to this Court is proper.

## PARTIES

6.      Plaintiffs Harshad Thakkar and Trupti Thakkar are citizens of Arizona.  Ex. A, Compl.

7.      Plaintiff Farmers Insurance Exchange has its principal place of business in California, and is therefore a California citizen for the purposes of diversity jurisdiction. *Hertz Corp. v. Friend*, 559 U.S. 77 (2010).

8.      BMW NA is a Delaware corporation with its principle place of business in New Jersey.  Therefore, BMW NA is a citizen of both Delaware and New Jersey. *Id*.; *see also* 28 U.S.C. § 1332(c)(1).

## BASES FOR REMOVAL JURISDICTION

9.      Removal is proper in the instant case because this Court has original jurisdiction of this action under 28 U.S.C. § 1332(a) based on diversity of citizenship; this action is between citizens of different states (Arizona, California, Delaware and New Jersey) and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. Therefore, removal is proper under 28 U.S.C. § 1441(a).

10.     The diversity of citizenship requirement under 28 U.S.C. § 1332(a) is met.

11.     Plaintiffs Harshad Thakkar and Trupti Thakkar are individuals and are both citizens of Arizona. *See* Ex. A, Compl. ¶ 4.

12.     For removal purposes, a corporation is "deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business." 28 U.S.C. § 1332(c)(1).

2

13.     Farmers Insurance Exchange is a nationally registered insurance exchange with its principle place of business in California.   Therefore, Farmers Insurance Exchange is a California citizen.

14.     BMW NA is a citizen of Delaware and New Jersey within the meaning of 28 U.S.C. § 1332 and is not a citizen of Arizona or California.

15.     There are no other named defendants in this action. *See generally* Ex. A, Compl.

16.     There is complete diversity of citizenship in this case.

17.     Further, Removal is proper under 28 U.S.C. § 1332(a) as the amount in controversy exceeds $75,000, exclusive of interests and costs. *See* 28 U.S.C. § 1332.

18.     Plaintiffs Harshad Thakkar and Trupti Thakkar allege to have purchased a BMW brand vehicle that had been previously sold by BMW NA, and which plaintiffs' further assert "proximately caused [a] fire" and caused damages that "exceed[] $500,000." Ex. A, Compl. ¶ 16.

WHEREFORE, the case now pending in the Superior Court in and for the County of Maricopa, Case No. CV2021-051306, is hereby removed to the United States District Court for the District of Arizona pursuant to 28 U.S.C. §§ 1332(a) and 1441.

DATED this 21st day of May, 2021.

BOWMAN AND BROOKE LLP


By: s/ Joshua Zimmerman
    Curtis J. Busby
    Joshua Zimmerman
    Attorneys for Defendant BMW of North
    America, LLC

24367728v1

1

## **CERTIFICATE OF SERVICE**

2     I hereby certify that on May 21, 2021, I electronically transmitted the foregoing

3  **BMW OF NORTH AMERICA, LLC'S NOTICE OF REMOVAL** to the Clerk's Office

4  using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all

5  CM/ECF registrants, and mailed a copy via First-Class Mail, postage prepaid, to the

6  following:

7  John W. Storer, III
   SWENSON, STORER, ANDREWS & FRAZELLE, P.C.
8  7310 North 16th Street, Suite 320
   Phoenix, AZ 85020-5276
9  jstorer@swensonlaw.com
   Attorney for Plaintiff Farmers Insurance Exchange
10

11 Jeffrey L. Smith
   John C. Quinn
   SANDERS & PARKS, P.C.
12 3030 North Third Street, Suite 1300
   Phoenix, AZ 85012-3099
13 jeffrey.smith@sandersparks.com
   john.quinn@sandersparks.com
14 Attorneys for Plaintiffs Harshad and Trupti Thakkar

15

16 s/Jeannette Felix

17

18

19

20

21

22

23

24

25

26

27

28

4

24367728v1

## DECLARATION OF JOSHUA ZIMMERMAN

I, Joshua Zimmerman, declare as follows:

1.     I am an attorney duly licensed to practice before the United States District Court for the District of Arizona and am an associate with the law firm of Bowman and Brooke LLP, attorneys of record for Defendant BMW of North America, LLC. ("BMW NA").

2.     I make this declaration in support of BMW NA's Notice of Removal and to authenticate the exhibit submitted in support thereof.  I have personal knowledge of the facts set forth below and if called as a witness, could and would competently testify to the matters stated herein.

3.     Attached as Exhibit A are true and correct copies of all pleadings filed in this matter in the state court to date as well as a copy of the state court docket provided on the court's website.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 21st day of May, 2021 at Phoenix, Arizona.


                                    /s/Joshua Zimmerman
                                    Joshua Zimmerman

24367728v1